**HARIRI LAW GROUP**
RAMIN R. HARIRI  (SBN: 251625)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
T: (619) 363-2889 / F: (619) 810-0791
Email: ramin@haririlaw.com

**KHASHAYAR LAW GROUP**
DARYOOSH KHASHAYAR (SBN 236496)
TAYLOR MARKS (SBN 308381)
12636 High Bluff Dr., Ste. 400
San Diego, California 92130
T: (858) 509-1550 / F: (858) 509-1551
Email: daryoosh@mysdlawyers.com

*ATTORNEYS FOR PLAINTIFFS*

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
JEFFREY L. GOSS, Deputy City Attorney (SBN 178597)
RYAN SALSIG, Deputy City Attorney (SBN 250830)
City Hall East, 200 N. Main St., Room 675
Los Angeles, CA  90012
T: (213) 978-7564 / F: (213) 978-7011
Email: jeffrey.goss@lacity.org

*ATTORNEYS FOR DEFENDANTS*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA SAFAIE, on behalf of himself and a class of all others similarly situation, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, LOS ANGELES DEPARTMENT OF TRANSPORTATION; DOES 1-150, inclusive, <br><br> Defendants. | CASE NO.  2:19-cv-03921-FMO-PJW <br><br> *The Hon. Fernando M. Olguin* <br><br> **ORDER ON STIPULATION [62] OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]** <br><br> Complaint Filed: May 3, 2019 |

1
**STIPULATION AND ORDER OF DISMISSAL**

**TO THIS HONORABLE COURT:**

Plaintiff Reza Safaie, on behalf of himself and a class of all other similarly situated individuals ("Plaintiffs"), and Defendant City of Los Angeles and the Los Angeles Department of Transportation (the "City" and, collectively with Plaintiffs, "the Parties"), by and through their respective counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Parties make this stipulation in light of *Andre Verdun, et al. v. City of San Diego* (9th Cir. 2022) 51 F.4th 1033, which holds that municipalities are not required to obtain warrants before chalking tires as part of enforcing time limits on city parking spots. *Verdun*, 51 F.4th at 1035.

DATE: December 11, 2023       HARIRI LAW GROUP
                              KHASHAYAR LAW GROUP

                              By: *Ramin Hariri*
                                   Ramin R. Hariri
                                   Daryoosh Khashayar
                              *Attorneys for Class Action Plaintiffs*


DATE: December 7, 2023        HYDEE FELDSTEIN SOTO, City Attorney
                              DENICE C. MILLS, Chief Deputy City Attorney
                              SCOTT MARCUS, Chief Assistant City Attorney
                              GABRIEL S. DERMER, Assistant City Attorney

                              By: /s/ Jeffrey L. Goss
                                   Jeffrey L. Goss, Deputy City Attorney
                              *Attorneys for Defendants City of Los Angeles and erroneously named Los Angeles Department of Transportation*

2
**STIPULATION AND ORDER OF DISMISSAL**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HERREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 25, 2024                              /s/
                                                FERNANDO M. OLGUIN
                                                UNITED STATES DISTRICT JUDGE